| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>------------------------------------------------------------x<br><br>IN RE:<br><br>IBG ENTERPRISES, INC.<br><br><br>Debtor.<br><br>------------------------------------------------------------x | Tax ID#11-2671938<br><br><br><br>Chapter 7<br><br>Case no.: 14-74862-reg<br><br><br><br>**ORDER VACATING<br>AUTOMATIC STAY** |

APEX Mortgage Corp., ("APEX and Movant" herein), by its attorneys Macco & Stern, LLP, having moved this court pursuant to a notice of motion dated November 6, 2014, for an order vacating the automatic stay imposed under §362 of the Bankruptcy Code as to the Debtor, IBG Enterprises Inc. (hereinafter "Debtor") for the purpose of proceeding with a foreclosure sale as to the Debtor's real property located at 43 Main Street, Hempstead, New York 11550; and this adjourned motion having come on for a hearing before the Court on January 28, 2015, and Macco & Stern, LLP, as attorneys for APEX Mortgage Corp. having appeared in support of the motion, and counsel for Movant having consulted with the Chapter 7 Trustee, Kenneth P. Silverman, and after due deliberation by this court, it is

ORDERED, that the automatic stay imposed against IBG Enterprises Inc. as to the real property known as 43 Main Street, Hempstead, New York 11550 is in all respects vacated, and it is further

ORDERED, that APEX Mortgage Corp. shall not proceed with a foreclosure sale of the real property before April 1, 2015 and the foreclosure sale may be extended from time to time with the consent of the Chapter 7 Trustee, and it is further

ORDERED, that Kenneth P. Silverman as Chapter 7 Trustee, reserves his right to seek a reimposition of the stay, if he deems it necessary, subject to notice and hearing before this court, and it is further

ORDERED, that in the event APEX Mortgage Corp. forecloses on the property and there exists surplus funds, the Chapter 7 Trustee, Kenneth P. Silverman, shall be notified of said surplus within ten (10) days of the foreclosure sale of the real property described herein.



Dated: Central Islip, New York
February 12, 2015

Robert E. Grossman
United States Bankruptcy Judge